1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O Box 50013
   San Jose, CA 95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile:  (408) 354-5513

5  Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| In re: | Chapter 13<br>Case No.  24-50229 MEH |
| GALEN RALPH KANE<br><br>SHARTINA SANCHEZ | FOURTH AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE<br><br>Confirmation Date: N/A – Trustee's Pending List<br><br>Judge:  M. Elaine Hammond |
| Debtor(s) | |

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of the Debtors' Plan for the following reasons:

1. The Trustee cannot recommend confirmation of the plan because the Application for Compensation has not been filed.

2. The Debtors have provided for attorney fees of $9,819.00 in Section 6 of the Plan; however. The Trustee is unable to confirm the amount of attorney fees as no Disclosure of Compensation 2016(b) filed.

3. The Debtors have not complied with Fed.R.Bankr.P. § 2002 or 11 U.S.C. § 1325(a)(1). Syncb/Care is listed on Schedule E/F with no mailing address. Said creditor has not received proper notice of the filing of Chapter 13. *NOTE: Debtors filed a Declaration of Debtors in Response to the Trustee's Objection to Confirmation on July 16, 2024, stating that Syncb/Care is just an artifact that appeared on the Debtors' credit report and that there is no valid claim that it corresponds to. If this is accurate, then the Debtors should file an Amended Schedule E/F to remove the "artifact" from the Schedule of Debts.*

4. The Trustee is unable to determine whether 11 U.S.C. § 521 (a)(1)(B)(i) is met. Loancare LLC and Pacific Postal CU are listed on Schedule E/F with an "unknown" claim amount. The Trustee requests that an Amended Schedule F be filed to state dollar amount for said creditors. *NOTE: Debtors filed a Declaration of Debtors in Response to the Trustee's Objection to Confirmation stating that they believe that the debts owed to Loancare LLC and Pacific Postal CU are duplicative of one another and that the amount owed to these creditors is $0.00. Debtors must amend Schedule E/F to list the amount of the debt owed to these creditors as $0.00 instead of "unknown."*

5. In order to assist the Trustee in determining whether the disposable income test in 11 U.S.C. §1325(b)(1)(B) and/or the feasibility test in 11 U.S.C. §1325(a)(6) is met, the

Trustee requests that the Debtor provide her with a copy of each federal and state income tax return and W-2 form required under applicable law with respect to each tax year of the Debtor's ending while the case is pending confirmation. The tax returns shall be provided to her along with a declaration signed by the Debtor stating under penalty of perjury that the returns being provided and true and correct copies of the returns that the Debtor submitted to the taxing authorities.

6. The Debtors have not complied with 11 U.S.C. § 521(e)(2)(A)(i) and (B) as the Debtors have not provided the Trustee with a copy of their 2023 federal and state income tax return and W-2's.

7. The Debtors failed to provide copies of income tax returns prior to the 11 U.S.C. §341 meeting of creditors. See separate objection point. So that the Trustee can verify that the copies that the Debtors will provide are true and correct copies of the returns that were provided to the taxing agencies, the Trustee requests that the returns provided to the Trustee be attached to a declaration signed by the Debtors stating under penalty of perjury that the returns being provided are true and correct copies of the returns that the Debtors submitted to the taxing authorities.

8. The Trustee is unable to determine whether the plan complies with 11 U.S.C. §1325(b)(1)(B). The Debtors have only listed their gross monthly income and expenses for one of the pieces of real property that they are currently receiving rental income for on the Amended Schedule I, Attachment to Schedule I and Amended Form 122C-1 filed

on July 16, 2024. Pursuant to the Debtors' testimony at the Meeting of Creditors held April 29, 2024, they receive a total of $5,985.00 in renal income for both pieces of property. Therefore, the Trustee requests Debtors file an Amended Schedule I, provide an Attachment to Schedule I for the second piece of real property they receive rental income for and an Amended Form 122C-1 to accurately reflect the amount of gross monthly rental income received by the Debtors for the two pieces of real property.

9. The Trustee questions the feasibility of the Debtors' Plan pursuant to 11 U.S.C. § 1325(a)(6) as it appears the Debtor's omitted the on-going mortgage payment to Loancare for real property located at 1622 La Terrace Circle, San Jose, California from Schedule J.

10. The Debtor has not complied with the following provisions contained in General Order 34 of the United States Bankruptcy Court for the Northern District of California therefore the plan cannot be confirmed:
    a. The Debtor has failed to provide the Chapter 13 Trustee with Form NDC 1-3 Class 1 Checklist for each Class 1 creditor.

11. The Debtors are not in compliance with Fed. R. Bankr. P. 2002(a). The Debtors have failed to file a certificate of service to show that all creditors were noticed of the First Amended Plan filed July 25, 2024. Note: Notice will not run until creditors have been served.

Dated: July 29, 2024                               /S/ Devin Derham-Burk
                                                   _____
                                                   Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am over the age of 18 years, not a party to the within cause; my business address is 105 Cooper Court, Los Gatos, CA 95032. I served the within Objection to Confirmation, by placing same in an envelope in the U.S. Mail at Los Gatos, California on July 29, 2024. Said envelopes were addressed as follows:

| | |
|---|---|
| GALEN RALPH KANE<br>SHARTINA SANCHEZ<br>PO BOX 23878<br>SAN JOSE, CA 95153 | LAW OFFICES OF AARON LIPTON<br>7960 B SOQUEL DR #156<br>APTOS, CA 95003 |

/S/ Lesley M. Pace
Office of Devin Derham-Burk, Trustee