Aaron Lipton, Esq.
The Law Offices of Aaron Lipton
7960 B Soquel Drive, No. 156
Aptos, CA 95003
Phone: (831) 687-8711
Fax:831-612-6275

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

Galen Ralph Kane and Shartina Sanchez

CASE NO. 24-50229

Chapter 13

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR
WITH CERTIFICATE OF SERVICE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE TRUSTEE:
PLEASE TAKE NOTICE that the debtor, Galen Ralph Kane and Shartina Sanchez, listed below has had a change of address as follows:

Galen Ralph Kane and Shartina Sanchez
1653 River Street,
Santa Cruz, CA 95060

DATED: March 26, 2025

/s/ Aaron Lipton
AARON LIPTON, ESQ.
Attorney for debtor(s)

# CERTIFICATE OF SERVICE

I, Aaron Lipton, declare:

I am not less than 18 years of age and not a party to the within case. My business address is: 7960B Soquel Dr., Aptos, CA 95003. I served this Notice of Change of Address by first class United States mail, postage pre-paid, at Salinas, California on the date noted below and addressed to those listed below. I declare under penalty of perjury that the foregoing is true and correct.

Per CM/ECF Notice:

Chad L. Butler on behalf of Creditor Lakeview Loan Servicing, LLC
caecf@tblaw.com

Devin Derham-Burk
ctdocs@ch13sj.com

William J. Healy on behalf of Creditor Mary Babiasz Wade
wjhealy7@gmail.com

Aaron Lipton on behalf of Debtor Galen Ralph Kane
aaron@lipton-legal.com, aaron@ecf.courtdrive.com

Office of the U.S. Trustee / SJ
USTPRegion17.SJ.ECF@usdoj.gov

Cassandra J. Richey on behalf of Creditor Lakeview Loan Servicing, LLC
ndcaecf@bdfgroup.com

Edward A. Treder on behalf of Creditor Lakeview Loan Servicing, LLC
ndcaecf@BDFGroup.com

I declare under penalty of perjury that the foregoing is true and correct. Executed at Aptos, California on March 26, 2025.

/s/ Aaron Lipton
AARON LIPTON, ESQ.