# DEVIN DERHAM-BURK
## CHAPTER 13 TRUSTEE
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Payment Address:  P O BOX 50009, SAN JOSE, CA 95150-0009
Mailing Address:  P O BOX 50013, SAN JOSE, CA  95150-0013
Telephone:  (408) 354-1345   Facsimile:  (408) 354-5513

**March 20, 2026**

GALEN RALPH KANE                                                    Case No.  24-50229 SLJ
SHARTINA SANCHEZ
1653 RIVER ST
SANTA CRUZ, CA  95060

**\*\*\*\*\* NOTICE OF INTENT TO DISMISS CASE\*\*\*\*\***

On February 17, 2026, the Trustee served you with a Notice of Default and Demand for Cure.  You were required to cure the default within twenty-one (21) days of the Notice in one of three ways:

    a.   Bring the case current by paying certified funds in the amount stated on the notice; OR

    b.   Meet and confer with the trustee's representative AND enter into an agreeement describing how you will cure the default in a manner acceptable to the Trustee; OR

    c.   File and serve a Motion to Modify Plan which proposes terms under which you will not be in default and which will provide for plan completion within 60 months of date the first payment was due under your original plan.

**AS OF THIS DATE, YOU HAVE FAILED TO COMPLY WITH THE REQUIREMENTS OF THE NOTICE OF DEFAULT**

Therefore, a Request for Order of Dismissal of your case will be filed after seven (7) calendar days from the date of this notice.  Please contact your attorney immediately.  Your attorney may be able to direct you further.

_____
Filipa Gomes
Case Administrator for
Devin Derham-Burk, Trustee